UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Mario Omar CANO,<br><br>    Defendant. | Magistrate Case No. '07 MJ 27 __<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-<br>Bringing in Illegal Alien(s) Without Presentation (Felony) |

The undersigned complainant being duly sworn states:

On or about **November 27, 2007**, at the San Ysidro of Entry, within the Southern District of California, defendant **Mario Omar Cano,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Anabeli Guadalupe BARRIOS Rabanales,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Mario Avila, U.S. Customs and Border
Protection Enforcement Officer.

Sworn to before me and subscribed in my presence, this 28th day of **November 2007**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Anabeli Guadalupe Barrios Rabanales** is a citizen of a country other than the United States; that said alien has admitted that she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 27, 2007 at approximately 2:30 PM, **Mario Omar Cano** (Defendant) was waiting in traffic lane #15 to make application for admission into the United States at the San Ysidro Port of Entry driving a Gray 2002 Chevy Avalanche. In the vehicle was one visible passenger, **Kristy Renae Patterson**. A U.S. Customs and Border Protection (CBP) K-9 Officer conducting roving operations approached defendant with his K-9 "Dada". The K-9 alerted to the vehicle and the CBP Officer called for assistance. During primary inspection, Defendant declared United States citizenship and presented a counterfeit Department of Motor of Vehicle registration form. Defendant gave a negative Customs declaration and claimed he obtained the vehicle through his work. Defendant stated the purpose of his trip to Tijuana, Mexico was to visit his brother. The Customs and Border Protection (CBP) officer performed an inspection of the vehicle and noticed a non-factory front wall compartment in the truck bed area of the vehicle. The officer also noticed a pair of white sneakers concealed within. CBP Officers assisted in taking custody of defendant and escorting him to secondary. A CBP Officer drove the vehicle to secondary for further processing.

In secondary, CBP Officers unlatched and removed the rear seat from the vehicle to gain access to the truck bed area where the non-factory compartment was located. CBP Officers discovered two individuals concealed within the compartment. CBP Officers assisted in removing the two individuals from exiting the compartment.

Further investigation revealed the individuals were citizens and natives of Mexico who have no entitlements to enter, pass through, or reside in the United States. One is now identified as Material Witness: **Anabeli Guadalupe BARRIOS-Rabanales.**

During a videotape proceeding, Defendant was advised of his Miranda Rights and elected to submit questioning without benefit to counsel. Defendant admitted knowledge to smuggling the undocumented aliens concealed within the vehicle. Defendant admitted he was to deliver the vehicle to a parking lot on H Street in Chula Vista where someone would meet him. Defendant admitted he was going to receive $400.00 USD for smuggling the alien into the United States.

During a videotaped interview, the material witness admitted to being a citizen of Mexico without documents to legally enter the United States. Material witness stated she made the smuggling arrangements with an unknown male in Tijuana, Mexico. Material Witness stated she was to pay an unknown amount of money. Material witness admitted she was going to Los Angeles, California to seek employment.