# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

### APPEARANCE

Case Number: 07mj2764

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARIO OMAR CANO

I certify that I am admitted to practice in this court.

| 12/3/2007 | /s/ ERICK L. GUZMAN |
|---|---|
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD     244391 |
| | Print Name     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City     State     Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number     Fax Number |